IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**DIETRICK LEWIS JOHNSON, SR.,** :
   Petitioner :
: No. 1:19-cv-1167
**v.** :
: (Judge Kane)
**WARDEN BRADLEY,** :
   Respondent :

## ORDER

**AND NOW**, on this 5th day of August 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 7) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction;

2. Petitioner's motion to appoint counsel (Doc. No. 6) is **DENIED AS MOOT**; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania